The People of the State of Illinois, defendant in error, v. Christian Pedersen, plaintiff in error. Gen. No. 35,735.

 Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932.

Ernest Saunders, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Isabel Lyman, appellant, v. George R. Lyman, appellee. Gen. No. 35,745.

 Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932. Rehearing denied December 1, 1932.

John A. Nash and Harry S. Harned, for appellant. Knapp, Beye, Allen, Cochran & Cushing, for appellee; Paul R. Conaghan, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Alfred J. Johnson et al., appellants, v. David I. Sutton and Charles A. Peterson, appellees. Gen. No. 35,754.

 Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932. Rehearing denied December 1, 1932.

Anderson & Anderson, for appellants; Gustav Andreen, Jr., of counsel. Ralph O. Butz, for appellees.

Mr. Presiding Justice Wilson delivered the opinion of the court.